

## REQUEST FOR ASSISTANCE BY PALAU TO UNITED STATES OF AMERICA

**Nature of the request**

The Competent National Authority of Palau presents its complements to the Competent National Authority of United States of America and has the honor to request the following assistance:

1. *Law enforcement investigative enquiries (eg, observation of sites, interviewing potential witnesses) in the Requested State by police, customs, drug control or similar law enforcement agencies of the Requested State.*

2. *Obtaining exhibits or documentary evidence (including government, private sector and personal records), from persons or entities in the Requested State, who are willing to provide them to the competent authorities in the Requested State voluntarily  (i.e, without first being served with a formal judicial or other appropriate order compelling their production and handover).*

2.1. On October 21, 2007 James O.N. Dugan; DOB: 06/18/1945; US PPN: 141418281; a US citizen, was arrested in the Republic of Palau and charged with multiple counts of Forgery, Cheating (Fraud), Attempted Cheating, Attempted Grand Larceny and Money Laundering.  The below listed items requested will be necessary for the investigation and upcoming trial of James O. N. Dugan et al.

1.      Certified Copies of James O. N. Dugan's Criminal History.

2.      Travel records for James O. N. Dugan; US PPN: 141418281 from 01/10/2007 to Present.

3.      Any Currency and Monetary Instrument Report (CMIR), Currency Transaction Report (CTR) and Form 8300 associated with James O.N. Dugan.

4.   Any Wire Transfer for/to or associated with James O.N. Dugan.

2.2. All requested documents are either property of or under the control of the

**Office of International Affairs**

**Criminal Division**

**Department of Justice**

**Criminal Division**

**950 Pennsylvania Ave.**



US Government

2.3. 1.  U.S. Department of Justice for Certified copies of any Criminal Records of James O. N. Dugan; DOB: 06/18/1945; USPPN: 141418281.

2.  U.S. Department of Homeland Security, Customs and Border Protection for any travel for James O. N. Dugan, DOB: 06/18/1945; US PPN: 14141881 from 01/01/2007 to Present.

3.  U.S. Department of the Treasury, FinCEN for any Currency and Monetary Instrument Report (CMIR) and Currency Transaction Report  (CTR) and Form 8300 Report for James O. N. Dugan; DOB: 06/18/1945; US PPN: 141418281.

4.  U.S. Federal Reserve for any wire transfer to/from or associated with James O.N. Dugan; DOB: 06/18/1945; US PPN: 141418281

2.4. All requested documents are either property or in control of the U.S. Government

2.5. Assistance was offered to the Republic of Palau on this case by the U.S. Department of Justice, Asset Forfeiture Money Laundering Section by Assistant U.S. Attorney Frederick Reynolds.

2.6. Certified copies of the requested documents will be sufficient for the Courts of Palau

2.7. The certified copies of all requested records/documents will be kept by the Republic of Palau.

## Legal basis

### Bilateral treaties between Palau and United States of America

1. Compact of Free Association

## Background to the request

### Relevant offence(s)

The U.S. Department of Justice is a duly authorized authority under the laws of Palau, to conduct investigations relating to alleged violations of the criminal law of Palau.

That authority is currently doing so in relation to the [alleged] offences of:

1.  Attempted Grand Larceny
2.  Forgery



3.  Cheating (Fraud)
4.  Attempted Cheating
5.   Money Laundering contrary to Palau National Code. The relevant provisions of the Palau National Code are set out below:

| |
|---|
| 1.  Attempted Grand Larceny - Title 17 PNC 1902 & 104<br>2.  Forgery - Title 17 PNC  1501<br>3.  Cheating (Fraud) - Title 17 PNC 1903<br>4.  Attempted Cheating (Fraud) - Title 17 PNC 1903 & 104<br>5.  Money Laundering - Title 17 PNC 3801 |

## Natural person(s) involved (Full particulars appear in the annex)

James Otho Narrison Dugan, born on 18th June 1945.

## Statement of facts

On October 15, 2009, James Dugan arrived in the Republic of Palau with fraudulent Certificates of Deposit in an attempt to defraud Palauan financial institutions. When he arrived in Palau, Dugan arranged a series of meetings with several high ranking Palauan political figures. These meetings were his attempt to further his scheme to defraud Palauan financial institutions.  During the course of these meetings Dugan managed to garner the support of a Palauan official with ties to Palauan financial institutions.  (move the comment about the investigation being ongoing up here).

On Monday, October 19, 2009 and Tuesday, October 20, 2009, Dugan and the Palauan official, (who is currently under investigation but to-date has not been charged),went to the First Fidelity Bank, a bank that is incorporated in Palau, and convinced the bank that he (Dugan) had three Certificates of Deposit worth 5 Billion Euros ($7.5 Billion USD) each. He stated that the certificates were on deposit with CREDITNET Bank International, address listed as 232/15 Albert Ave. Broadbeach, QLD 4218 Australia.

Dugan and the Palauan official also drafted  and signed Certificates of Deposit and Certificates of Authentication indicating that First Fidelity Bank had three Certificates of Deposit total value of 15 Billion Euros ($22.5 Billion USD) on deposit in First Fidelity Bank. They knew that there were no such funds on deposit in Palau's First Fidelity Bank.  These fraudulent Certificates of Deposit and Certificates of Authentication were presented to other Palauan financial institutions by Dugan and the Palauan official in an attempt to obtain a SWIFT code.

During the course of their meetings with the financial institutions, Dugan and the Palauan official stated that they needed access to a SWIFT code to enable First Fidelity Bank to receive money from Dugan's (fraudulent) Certificates of Deposit. Dugan and the Palauan official were turned down by at least one Palauan financial



institution until they went to the Palauan Branch of the First Commercial Bank of Taiwan.

In the course of the meeting at the First Commercial Bank of Taiwan, Dugan and the Palauan official managed to convince the bank manager to provide First Commercial Bank of Taiwan's SWIFT code (BBVAAPYPA Telephone +59-5.21417 6000). They advised him that they were going to wire money through the US Federal Reserve to the Republic of Palau to be credited to the accounts of First Fidelity Bank. Dugan and the Palauan official then had First Commercial Bank of Taiwan's manager sign and stamp the SWIFT wiring instruction thus putting First Commercial Bank of Taiwan at risk because it validated/authenticated that Dugan's Certificates of Deposit for 15 Billion Euro's ($22.5 Billion USD) were on deposit in First Fidelity Bank. Once the Swift code was received Dugan and the Palauan official then attempted to wire money from First Fidelity Bank to Banco Bilboa Vizcaya Argentaria, address Yegres 435, Asuncion, Paraguay, to beneficiaries in Paraguay. The beneficiaries were identified as Luis Reffinelli; Cesar Reffinelli, Karl Asplund and Premiere Capital Holdings LLC. This wire was stopped by the U.S due to insufficient funds in First Fidelity Bank. (It should be noted at this time the reason Dugan's and the Palauan official's attempted to wire money from Palau to Paraguay, knowing that there were insufficient funds in First Fidelity Bank, can only be surmised).

Due to inquiries from the Palauan Financial Intelligence Unit and Palauan National Police into Dugan's activities the Palauan official became concerned that First Fidelity's Compliance Officer was going to file a Suspicious Activity Report. The Palauan official told the Compliance Officer that if he/she were going to report on Dugan's and his activities, then he (the Palauan official) would have to review the report first before the Compliance Officer submitted the report to Palau's Financial Intelligence Unit. When the Compliance Officer refused to comply with the Palauan official's request the Palauan official had the Compliance Officer sent home threatening them with termination and warning them not to talk to the police.

On Wednesday, October 21, 2009 Dugan was arrested by Palauan authorities and a search warrant was executed on First Fidelity Bank. Numerous Certificates of Deposit and Certificates of Authentication were found on Dugan during the search incident to his arrest. The search warrant executed on First Fidelity Bank resulted in the seizure of Certificates of Deposit and Certificates of Authentication used by Dugan and the Palauan official to further their fraudulent scheme.

Enquiries have been made by authorities in Palau through open internet sources. These enquiries have revealed that CREDITNET Bank International is fraudulent financial institution with numerous lookouts warning people of fraudulent activities of CREDITNET Bank International. It was also learned that Dugan has a criminal record in the United States to include a conviction for wire fraud and aggravated assault.



On Thursday, October 22, 2009, Dugan was formally charged by the Republic of Palau for Attempted Grand Larceny, Cheating (Fraud), Attempted Cheating (Attempted Fraud), Forgery and Money Laundering.

The Attorney General charges that on or around October 19-21, 2009, except where otherwise specified below, in the Republic of Palau, the above-named Defendant did commit the following crimes:

### COUNT ONE

**ATTEMPTED GRAND LARCENY** in that Defendant James Otho Narrison Dugan did attempt to unlawfully steal and carry away personal property, specifically cash and / or credit belonging to First Fidelity Bank Corporation with a value of over $50.00, without the owner's knowledge or consent and with the intent to permanently convert it to his own use in violation of 17 PNC § 1902 and 17 PNC § 104.

### COUNT TWO

**ATTEMPTED GRAND LARCENY** in that Defendant James Otho Narrison Dugan did attempt to unlawfully steal and carry away personal property, specifically cash and/or credit belonging to First Commercial Bank, Palau Branch, with a value of over $50.00, without the owner's knowledge or consent and with the intent to permanently convert it to his own use in violation of 17 PNC § 1902 and 17 PNC § 104.

### COUNT THREE

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT FOUR

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT FIVE

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.



### COUNT SIX

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT SEVEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808717, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT EIGHT

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808717, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT NINE

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Disbursement of Profit purportedly from Credit Net Bank Internationale dated September 17, 2009, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT TEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808453, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

### COUNT ELEVEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808453, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.



## COUNT TWELVE

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808805, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

## COUNT THIRTEEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808805, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

## COUNT FOURTEEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Deposit, Serial # CD-941808717, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

## COUNT FIFTEEN

**FORGERY**, in that the Defendant James Otho Narrison Dugan did unlawfully and falsely make or materially alter a writing or document of apparent legal weight and authenticity, to wit, a Certificate of Authentication, Serial # CD-941808717, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), with intent thereby to defraud, in violation of 17 PNC § 1501.

## COUNT SIXTEEN

**CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, the SWIFT Code number belonging to First Commercial Bank, Inc., by false pretenses, knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903.

## COUNT SEVENTEEN

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.



## COUNT EIGHTEEN

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT NINETEEN

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT TWENTY

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT TWENTY-ONE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808717, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT TWENTY-TWO

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808717, on CREDITNET Bank



Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-THREE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Fidelity Bank, Inc., by false pretenses, namely by presenting a Disbursement of Profit purportedly from Credit Net Bank Internationale dated September 17, 2009, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-FOUR

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-FIVE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808453, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-SIX

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.



### COUNT TWENTY-SEVEN

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808805, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-EIGHT

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808717, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT TWENTY-NINE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808717, on CREDITNET Bank Internationale, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT THIRTY

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Disbursement of Profit purportedly from Credit Net Bank Internationale dated September 17, 2009, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

### COUNT THIRTY-ONE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808453, on First Fidelity Bank,



Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-TWO

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808453, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-THREE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808805, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-FOUR

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808805, First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-FIVE

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Deposit, Serial # CD-941808717, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-SIX

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or



credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Certificate of Authentication, Serial # CD-941808717, on First Fidelity Bank, Inc., in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-SEVEN

**ATTEMPTED CHEATING**, in that the Defendant James Otho Narrison Dugan did unlawfully attempt to obtain the property or money of another, to wit, cash and / or credit belonging to First Commercial Bank, Palau Branch, by false pretenses, namely by presenting a Disbursement of Profit purportedly from Credit Net Bank Internationale dated September 17, 2009, in the amount of FIVE BILLION EUROS (about 7.5 BILLION US DOLLARS), knowing the pretenses to be false, and with the intent to thereby permanently deprive the owner thereof, in violation of 17 PNC § 1903 and 17 PNC § 104.

## COUNT THIRTY-EIGHT

**UNLAWFUL ISSUANCE OF BANK CHECK OR DRAFT**, in that the Defendant James Otho Narrison Dugan did unlawfully, for the procurement of any article or thing of value, with intent to defraud and with intent to deceive, make, draw, utter or deliver a check, draft or order for payment of money upon a bank or other depository, while knowing at the time that the maker or drawer had not or would not have sufficient funds or credit with  the bank or other depository for the payment of the check, draft or order in full upon is presentment, in violation of 17 PNC § 1906.

## COUNTS THIRTY-NINE

**MONEY LAUNDERING**, in that the Defendant James Otho Narrison Dugan did unlawfully, and with knowledge, intent or purpose, with each count alleged above comprising a predicate offense, commit the crime of money laundering in violation of 17 PNC § 3801.

### Current status of the case

The criminal investigation into the alleged illegal activities of James Otho Narrison DUGAN et al, began on October 20, 2009. This is an ongoing criminal investigation with the possibility of further charges against Dugan and other alleged co-conspirators. This investigation led to DUGAN's arrest on October 21, 2009.  On October 22, 2009 DUGAN was formally charged with the above stated charges.



**Prior contact between our respective authorities in this case**

The Republic of Palau has contacted the U.S. Department of Justice, Asset Forfeiture Money Laundering Section, Assistant U.S. Attorney (AUSA) Frederick Reynolds and have briefed AUSA Reynolds on this case/investigation.  James O. N. Dugan, a U.S. Citizen, violated the laws of Palau and during the course of his criminal activity in Palau attempted to use the U.S. Federal Reserve to wire proceeds of his criminal activity from the Republic of Palau to another country.

**Urgency**

This request is urgent for the following reasons: Discovery must be made available to the DUGAN's Defense Attorney Twenty-One (21) days after DUGAN was charged, or on November 12, which corresponds to November 11 in the USA time zones.  Dugan is currently in custody in Palau after a Preliminary hearing on October 27, 2009.

Therefore, please execute this request to the extent possible before 9th November 2009. Please consult with the contact person indicated on the cover note of this request if the request cannot be executed before the specified date.

**Confidentiality of request**

This request does not need to be treated in strict confidence.

**Request execution requirements**

All copies of records obtained in this MLAT request must be certified to be admissible in Palauan Courts.

**Transmission channels**

This request is being sent directly from central authority to central authority and copied to the Ministry of Foreign Affairs for information. This request is also being copied to the following authorities/institutions in United States of America: U.S. Department of Justice, AFMLS.

**Assurance as to restriction on use of assistance provided**

All information, documentation or other evidence provided to Palau by the Central Authority of United States of America is intended solely for use in relation to the investigation or prosecution of the alleged offence(s) described above. It should not be used for any other purpose except with prior consultation with, and the consent of the appropriate authorities of United States of America.



**Assurance as to reciprocity**

Authorities from Palau would give similar assistance to the authorities from United States of America should a request for assistance be made by United States of America in a similar matter.

Yours sincerely,

Ernestine K Rengiil
Office of the Attorney General
P.O. Box 1365
Koror, Palau
96940

Dated at Koror, Palau on the 28th October 2009.



## Annex - Particulars of the suspect(s)/offender(s) involved

**James Otho Narrison Dugan**

Name: James Otho Narrison

Surname: Dugan

Alias: James Otho Harrison Dugan

Date of birth: 18th June 1945

Gender: Male

Height: 6' 1

Weight: 215 LBS

Eye colour: BROWN

Hair: GREY

US Social Security Number:  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

Documented Addresses at which James Otho Narrison Dugan resides or resided.

Address 1: 34 Clare Ave., New Rochelle, NY  10801
Country: USA

Address 2:  3-B Acturial Street, Gsis Village, Project 8, Quezon City, Philippines
Country:  Philippines

Last known addresses: Yes

Citizenship, which James Otho Narrison Dugan is known or thought to carry

Country: United States of America

Number of document: 141418281

Authority: US State Department