UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---------------------------------------------------------------
                                                              )
IN RE:      Request for Assistance by Palau      )
            to the United States of America      )
                                                              )         Misc. No. _____
---------------------------------------------------------------

## SAMPLE COMMISSIONER'S SUBPOENA

To:

    I, Commissioner Frederick Reynolds, Trial Attorney, United States Department of Justice, Asset Forfeiture and Money Laundering Section, acting under the authority granted by the District Court for the District of Columbia in compliance with the Compact of Free Association, U.S.-Palau, Jan. 10, 1986, 48 U.S.C. § 1931, *incorporating by reference* the Agreement on Extradition, Mutual Assistance in Law Enforcement Matters and Penal Sanctions Concluded Pursuant to Section 175 of The Compact of Free Association, U.S.-Palau, Jan. 10, 1986, and under Title 18, United States Code, Section 3512, for the purpose of rendering assistance to the Central Authority of Taiwan, COMMAND that you produce and permit inspection and copying of the documents or objects noted below on the 31st day of December, 2009, at the address listed below, regarding an alleged violation of:

    Sections 104, 1501, 1902, 1903, 1906, and 3801 of Title 17 of the Palau National Code.

and that at the time and place aforesaid you provide the following documents:

    An electronic copy of all documents relating to . . .

    Documents that exist in an electronic format should be produced electronically.  All electronic documents should be produced in a form that is reasonably usable without the use of any specialized software (for example, PDF format).

    The documents must be produced for inspection and copying at 9:00am on the 30th day of January at the Asset Forfeiture and Money Laundering Section of the Department of Justice, 1400 New York Avenue NW, Washington, DC.  In the alternative, the documents may be mailed to the address below along with a fully executed copy of the attached Waiver of Appearance and Certificate of Authenticity completed by a properly designated custodian of records.  If you chose to waive your right to appear in person documents should be mailed to the following address

prior to the return date of this subpoena:

> United States Department of Justice
> Asset Forfeiture and Money Laundering Section
> Bond Building, 10th Floor
> 1400 New York Avenue, N.W.
> Washington, DC 20530

Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed contempt of the court from which the subpoena issued.

Dated: This \_\_\_\_\_ day of December, 2009.


_____
FREDERICK REYNOLDS
Senior Trial Attorney
United States Department of Justice
Asset Forfeiture and Money Laundering Section
Bond Building, 10th Floor
1400 New York Avenue, N.W.
Washington, DC 20530
Telephone: (202) 514-1263
Facsimile: (202) 514-5522