UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
JAN - 5 2010
U.S. DISTRICT COURT

IN RE:   Request for Assistance by Palau )
to the United States of America )
)
)

Misc. No. 09-717
RCL

# ORDER

WHEREAS, this matter having come before this Court on the *Ex Parte* Application of the United States Seeking Appointment of a Commissioner to Obtain Evidence Pursuant to 18 U.S.C. § 3512;

WHEREAS, the United States has made an authorized request that Frederick Reynolds, Senior Trial Attorney, for the Department of Justice Asset Forfeiture and Money Laundering Section, be appointed as commissioner authorizing him to collect evidence on behalf of the the Republic of Palau for use in judicial proceedings located in Palau;

WHEREAS, this Court is authorized to appoint commissioners to collect evidence at the request of a foreign government for use in criminal proceedings located in that nation pursuant to 18 U.S.C. § 3512;

WHEREAS, the Government of Palau has made a Request for Assistance to the government of the United States for the collection of evidence located in this country for use in judicial proceedings located in Palau;

WHEREAS, having considered the Compact of Free Association between the Governments of Palau and the United States and the Agreement on Extradition, Mutual Assistance in Law Enforcement Matters and Penal Sanctions Concluded Pursuant to Section 175

of The Compact of Free Association, this Court finds that the requirements of 18 U.S.C. § 3512 have been satisfied;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 3512 THAT:

1. Frederick Reynolds is appointed to serve as a Commissioner for the collection of all evidence relevant to the Request for Assistance by Palau to the United States of America.

2. The Commissioner may issue Commissioner's Subpoenas to be served on persons or entities within the jurisdiction of this Court ordering them or their representatives to appear, testify, and produce evidence located within the United States and take depositions consistent with the procedures set forth in the Federal Rules of Civil Procedure.

3. In collecting the evidence, the Commissioner is only required to provide notice to those persons identified by the Government of Palau as requiring notice (no notice shall be required for any other person).

4. The Commissioner shall adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Palau and the United States, such procedures may be specified in the requests or provided by the requesting authority.

5. In collecting the requested evidence, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, but not limited to agents of the United States government and/or representatives of Palau

6. Any person from whom the Commissioner seeks to collect evidence may oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner.

7. The Commissioner may seek such further orders of this Court as may be necessary to execute these requests, including:

    a. orders to show cause why persons served with Commissioner's Subpoenas who fail to produce evidence should not be held in contempt, and

    b. protective orders to regulate the use of the evidence collected.

8. The Commissioner shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

9. The Commissioner may provide copies of the evidence collected to persons identified in the requests as parties to whom such copies should be given and to any agents of the United States government.

Dated this __5th__ day of __January__ 20_10_.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE
                                                     United States District Court for the
                                                   District of Columbia