# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re*  REQUEST FOR ASSISTANCE BY PALAU TO THE UNITED STATES OF AMERICA  )<br><br>UNITED STATES OF AMERICA,  )<br><br>Interested Party.  ) | Miscellaneous No. 09-717<br>SEALED |

**FILED**
**APR 1 7 2013**
Clerk, U.S. District and Bankruptcy Courts

## ORDER

In the judgment of the Court, the relief sought in this action having been granted [2], and no further action being warranted, parties shall have 10 days from the date of this Order to show cause as to why this action should not be terminated. If no pleadings are received by this Court upon expiration of that time, this action shall be **TERMINATED**.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on April 16, 2013.

1

