UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:   Request for Assistance by Palau to the United States of America | )<br>)<br>)   Misc. No. 09-717 (RCL)<br>) |

**STATUS REPORT**

The United States of America, by and through its undersigned attorneys, respectfully submits the following status report in response to the Court's Order issued April 18, 2013.

### I.  BACKGROUND

On December 23, 2009, the United States filed an Ex Parte Application Seeking Appointment of a Commissioner to Obtain Evidence pursuant to 18 U.S.C. § 3512 ("Ex Parte Application"). (Docket No. 1). On January 5, 2010, this Court issued an order granting the United States' Ex Parte Application. (Docket No. 2).

### II.  STATUS REPORT

The United States does not anticipate any need to file further pleadings in this matter as the assistance requested relating to this matter has been provided. Accordingly, the United States does not have any grounds to object to the Court terminating this Miscellaneous Action.

DATED: April 25, 2013

               Respectfully submitted,

               JAIKUMAR RAMASWAMY, CHIEF
               ASSET FORFEITURE AND MONEY
                 LAUNDERING SECTION

By:_____/s/_____
LINDA SAMUEL (DC BAR #388970)
Deputy Chief
A.J. DE KLUIVER (LA BAR #203163)
Assistant Deputy Chief
Asset Forfeiture and Money
   Laundering Section
U.S. Department of Justice
1400 New York Avenue, N.W., 9th Floor
Washington, D.C. 20530
Tel: (202) 514-1263
Fax: (202) 616-2547

Attorneys for Applicant
UNITED STATES OF AMERICA